**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JERARDO JOEL PALACIOS,** | § | |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:12-CV-00191** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **AGENT ROBERT JULIEN AND** | § | |
| **AGENT JOHN ROE,** | § | |
| **INDIVIDUALLY AND AS AGENTS** | § | |
| **OF THE UNITED STATES** | § | |
| **MARSHALS SERVICE** | § | |
| **DEFENDANTS** | § | |

**SUMMONS IN A CIVIL ACTION**

To: ROBERT JULIEN
DEPUTY U.S. MARSHAL
US MARSHAL SERVICE- SOUTHERN DISTRICT OF TEXAS DIVISION
1300 VICTORIA ST., FIRST FLOOR
LAREDO, TEXAS 78040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RUSSELL J. JORDAN
ATTORNEY AT LAW
1308 SAN AGUSTIN AVE.
LAREDO, TEXAS 78040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/24/13

Jerry De Hoyos
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:12-CV-00191

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________ was received by me on *(date)* ____________________.

❒ I personally served the summons on the individual at *(place)*__________________________________________________ on *(date)*______________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*____________________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*______________________________ , who is designated by law to accept service of process on behalf of *(name of organization)*____________________ on *(date)* __________________________; or

❒ I returned the summons unexecuted because __________________________________; or

❒ Other *(specify)*:

My fees are $__________ for travel and $ __________for services, for a total of $ _____________.

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc: